**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **ROBERT P. MCCARTER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 3:06-CV-141 |
| ) | (Phillips) |
| **AMOCO OIL COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The parties in this matter have represented to the court that settlement other than adjudication is imminent. At this time, the court is awaiting a stipulation and proposed order of compromise and dismissal. Accordingly, the court finds that this case should be **ADMINISTRATIVELY CLOSED** for statistical purposes. This does not represent a final adjudication but is an administrative convenience for the court. Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, the parties may initiate such in the same manner as if this order had not been entered.

**ENTER:**



　　s/ Thomas W. Phillips
United States District Judge